ALISHAN A. JADHAVJI (SBN: 281177)
THE JADHAVJI LAW FIRM
2408 34th St. Unit 3
Santa Monica, CA 90905
Telephone: (818) 371-1399
alishan@tjflegal.com

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| P4C GLOBAL, INC. a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PULES SUPPLY CHAINS SOLUTIONS, INC. A TEXAS CORPORATION, ANWER JADHAVJI, AN INDIVIDUAL, AND ASIF JADHAVJI, AN INDIVIDUAL AND DOES 1 THROUGH 25 INCLUSIVE, <br><br> Defendants, | Case No.: 2:20-cv-01588-PA-AS <br><br> *Assigned for all purposes to the Honorable Percy Anderson* <br><br> **DEFENDANTS' RENEWED NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br> [Supplemental Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss and [Proposed] Order Filed Concurrently Herewith] <br><br> Date: June 8, 2020 <br> Time: 1:30 p.m. <br> Location: Courtroom 9A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on June 8, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable Percy Anderson, Courtroom 9A, United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, 9th Floor, Los Angeles, California 90012, defendants Pulse Supply Chain Solutions, Inc. ("Pulse"), Anwer Jadhavji ("Anwer") and Asif Jadhavji ("Asif" and collectively, "Defendants") will and hereby does move to dismiss Plaintiff P4C Global's First Amended Complaint ("FAC") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendants initially moved to dismiss this action based on the original Complaint, and now renew this motion in light of the substantially similar FAC. As set forth in Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss, filed previously and incorporated herein, and in the accompanying Supplemental Memorandum of Points and Authorities, Plaintiff fails to state a cause of action for its second and third causes of action as well as claims against individual defendants.

THEREFORE, Defendants respectfully request that the instant motion be GRANTED.

Dated: May 5, 2020                              **THE JADHAVJI LAW FIRM**

By: */s/ Alishan Jadhavji*
     Alishan A. Jadhavji
     Attorney for Defendants