ALISHAN A. JADHAVJI (SBN: 281177)
THE JADHAVJI LAW FIRM
2408 34th St. Unit 3
Santa Monica, CA 90905
Telephone: (818) 371-1399
alishan@tjflegal.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| P4C GLOBAL, INC. a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PULES SUPPLY CHAINS SOLUTIONS, INC. A TEXAS CORPORATION, ANWER JADHAVJI, AN INDIVIDUAL, AND ASIF JADHAVJI, AN INDIVIDUAL AND DOES 1 THROUGH 25 INCLUSIVE,<br><br>　　　　Defendants, | Case No.: 2:20-cv-01588-PA-AS<br><br>*Assigned for all purposes to the Honorable Percy Anderson*<br><br>~~JOINT~~ **DEFENDANTS' REPORT FOLLOWING PARTIES' LOCAL RULE 7-3 CONFERENCE REGARDING DEFENDANTS' RENEWED MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE PURSUANT TO COURT'S JUNE 1, 2020 ORDER** |

The Court's June 1, 2020 Order (Dkt. 28) ("Order") pertaining to Defendants' Renewed Rule 12(b)(6) Motion (Dkt. 21) ordered the parties to file a Joint Report or the moving party to withdraw their motion following a Local Rule 7-3 conference. The parties held their Rule 7-3 conference on June 3, 2020, with counsel for Defendants, Alishan Jadhavji, and counsel for Plaintiff, Granth Chroelman and Ian Bolton.

DEFENDANTS: At the conference, Mr. Jadhavji asked Plaintiff's counsel if Plaintiff was willing to amend its complaint dismissing any of the causes of action and/or the individual defendants subject to Defendants' motion to dismiss,  especially since the Court noted in its Order that "Defendants have raised several potential meritorious arguments in the motion to dismiss[.]". Mr. Bolton responded that Plaintiff will simply let the court rule on Defendants' motion. The brief conference confirmed Defendants' initial suspicion (as noted in their reply papers) that an earlier conference, like the instant one, would have been futile.

Following the conference, Mr. Jadhavji forwarded to Mr. Chroelman a draft of the joint report with the Defendants' portion completed and requested Plaintiff to complete its portion. Defendants thereafter sent at least two additional reminders to Plaintiff's counsel, but counsel ignored those correspondences and never provided Plaintiff's text for the joint report, or otherwise participate in any way in the filing of this report. Attached hereto as Exhibit 1 are Mr. Jadhavji's correspondence to Mr. Chroelman concerning the joint report.

Plaintiff's conduct in failing to confer in good faith **and** thereafter failing to partake in the filing of a joint report as ordered by this Court should subject it to sanctions. Defendants request that the Court grant Defendants' motion and impose other appropriate sanctions against Plaintiff and/or its counsel.

PLAINTIFF:

**2**
JOINT REPORT OF COUNSEL FOLLOWING L.R. 7-3 CONFERENCE RE: RENEWED NOTICE OF MOTION TO DISMISS
CASE NO. CASE NO. 2:20-cv-01588-PA-AS

Dated: June 12, 2020                              **THE JADHAVJI LAW FIRM**

                                          By: */s/ Alishan Jadhavji*
                                              Alishan A. Jadhavji
                                              Attorney for Defendants

# EXHIBIT 1

 Gmail                                          **Alishan Jadhavji <alishan@tjflegal.com>**

## CALL - P4C v. Pulse - Meet & Confer
4 messages

**Granth J. Crhoelman (California Injury, PLC)** <granth@californiainjury.com>        Wed, Jun 3, 2020 at 1:30 PM
To: Alishan Jadhavji <alishan@tjflegal.com>, "Ian Bolton (ian@boltonlegalgroup.com)" <ian@boltonlegalgroup.com>, Ian
Bolton <ianboltonlaw@gmail.com>

CONFERENCE LINE

310.929.4664

PIN: 5544

📄 **invite.ics**
3K

---

**Alishan Jadhavji** <alishan@tjflegal.com>                                    Wed, Jun 3, 2020 at 4:16 PM
To: "Granth J. Crhoelman (California Injury, PLC)" <granth@californiainjury.com>

Please see attached.
[Quoted text hidden]
--
**Alishan Jadhavji**  |  Attorney
The Jadhavji Law Firm  | +1 818.371.1399 (direct)
2408 34th St. Unit 3 Santa Monica, CA 90405

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private
communication sent by a law firm and may be confidential or protected by a privilege. If you are not the intended recipient, you are
hereby noticed that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly
prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank
you.

 **2020 06 03 - Joint Report.doc**
48K

---

**Alishan Jadhavji** <alishan@tjflegal.com>                                    Wed, Jun 10, 2020 at 11:30 AM
To: "Granth J. Crhoelman (California Injury, PLC)" <granth@californiainjury.com>

Hello Granth,

This is due to the court soon. When will you be returning it?

Thanks,
Alishan
[Quoted text hidden]

---

**Alishan Jadhavji** <alishan@tjflegal.com>                                    Fri, Jun 12, 2020 at 1:25 PM
To: "Granth J. Crhoelman (California Injury, PLC)" <granth@californiainjury.com>

Case 2:20-cv-01588-PA-AS   Document 29   Filed 06/12/20   Page 6 of 6   Page ID #:196

Hello Granth,

This is my at least third, and last reminder to send this back to me or so it can be filed. I will not be in front of my computer starting 3 p.m. so if I do not receive it by then I will be filing what I've sent you and inform the court accordingly. Or, since my portion is already signed, you can file it by the end of day, but you'll have to let me know that before 3 p.m.

Thanks,
Alishan

[Quoted text hidden]