JS-6

CALIFORNIA INJURY, PLC
Granth J. Crhoelman, Esq., SBN 259525
5900 Sepulveda Boulevard, Suite 330
Van Nuys, CA 91411
Tel:   (888) 999-0828
Fax:   (310) 861-1505
Email: Granth@CaliforniaInjury.com

Attorneys for Plaintiff, P4C GLOBAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P4C GLOBAL, INC., a California Corporation,<br><br>             Plaintiff<br><br>       v.<br><br>PULSE SUPPLY CHAIN SOLUTIONS, INC., A TEXAS CORPORATION,<br><br>             Defendant/Third-Party<br><br>       v.<br><br>MAJESTIC INTERNATIONAL ELECTRONIC TECHNOLOGIES, A TEXAS CORPORATION,<br><br>             Third-Party Defendant | CASE NO.: 2:20−cv−01588−PA−AS<br>Judge Percy Anderson<br>Magistrate Judge Alka Sagar<br><br>**ORDER RE STIPULATION DISMISSAL OF THE ACTION WITHOUT PREJUDICE** |

THE COURT HAVING READ AND CONSIDERED THE STIPULATION AND FOR GOOD CAUSE THEREON:

1. The action is dismissed without prejudice.
2. Each party waives costs and fees.

IT IS SO ORDERED DATED:

November 6, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE